**CITY OF KANSAS CITY, Missouri, Respondent,**

v.

**David Allen CARR, Defendant,**

and

**James E. Carr, Appellant.**

**No. WD 68609.**

Missouri Court of Appeals, Western District.

March 10, 2009.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 28, 2009.

**330**

Joseph R. Borich, III, Leawood, KS, for Appellant.

Sarah Baxter, Kansas City, MO, for Respondent.

Before JOSEPH M. ELLIS, P.J., JAMES EDWARD WELSH, and ALOK AHUJA, JJ.

## ORDER

PER CURIAM:

James E. Carr appeals the circuit court's judgment against him and in favor of the City of Kansas City in the sum of $10,500 for the emergency demolition of Carr's property, located at 2806 East 40th Street. We affirm. Rule 84.16(b).